SCWC-13-0003039

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

VICENTE KOTEKAPIKA HILARIO, Respondent/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003039; CR. NO. 11-1-0023)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on April 21, 2016 by Petitioner/Plaintiff-Appellee, State of Hawaiʻi, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 1, 2016.

| | |
|---|---|
| Justin Kollar and Tracy Murakami for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Keith S. Shigetomi for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

